EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Domingo N. Pérez Placer | 2016 TSPR 169

196 DPR ____ |

Número del Caso: TS-16,497

Fecha: 20 de julio de 2016

Abogado del Peticionario:

       Por Derecho Propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Domingo N. Pérez Placer

TS-16497

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de julio de 2016.

Vista la *Solicitud de reactivación de estatus de abogado* de 13 de julio de 2016, se provee ha lugar. Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Estrella Martínez no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina